WELLS v. STATE.     (No. 4307.)

(Court of Criminal Appeals of Texas.     Dec. 13, 1916.)

Appeal from District Court, Burnet County; N. T. Stubbs, Judge.

D. W. Wells was convicted of cattle theft, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. The record is before us without a statement of facts or bill of exceptions. Nothing in the record can be reviewed, in the absence of exceptions and the facts. The conviction of appellant for cattle theft will therefore be affirmed.

HARPER, J., absent.